| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* S7 10 CR 918 – 07 (RPP) |
| --- | --- | --- | --- |
| | | | DOCKET NUMBER *(Rec. Court)* 16 cr 338 (FLW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Vadim Chervin | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
| --- | --- | --- | --- |
| RECEIVED JUL 27 2016 AT 8:30 M WILLIAM T. WALSH CLERK | NAME OF SENTENCING JUDGE Robert P. Patterson | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/27/2016 | TO 05/26/2019 |

OFFENSE

Ct. 1: Conspiracy to Commit Mail Fraud and Health Care Fraud, 18 USC 1349 {18 USC 1341 and 1347}, a Class C Felony.

Ct. 2: Health Care Fraud, 18 USC 1347, a Class C Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/16/16   *Loretta A. Preska*
Date            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "District of New Jersey"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/27/16           *Freda L. Wolfson*
Effective Date         United States District Judge