

WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

July 27, 2016

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Ruby J. Krajick, Clerk of Court
US District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re: UNITED STATES OF AMERICA V. VADIM CHERVIN**
      **Your Criminal Docket No. 10-cr-918**
      **Our Criminal Docket No. 3:16-cr-338 (FLW)**

Dear Clerk,

      Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. Please forward the appropriate documentation to this District at your earliest convenience.

      Thank you for your anticipated cooperation in this matter.

      Very truly yours,

      William T. Walsh
      Clerk

      By: s/Melissa M. Haneke
      Deputy Clerk

cc: U.S. Probation Office for the District of New Jersey