R E C E I V E D

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street**
**New York, N.Y. 10007**

AUG 1 9 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Date: 8/16/16

Re: United States of America v. Vadim Chervin

Docket number: 10-cR-918       (LAP)

Dear Clerk:

　　　　Pursuant to the Transfer of Jurisdiction signed in the above captioned case, enclosed are the following documents:

　　　　(1)　　certified copy of the Transfer of Jurisdiction;
　　　　(2)　　certified copy of Judgment In A Criminal Case; and
　　　　(3)　　certified copy of the charging instrument, check one:

　　　　　　　　☒　　Indictment
　　　　　　　　☐　　Information and Waiver of Indictment

　　　　Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Ruby J. Krajick , Clerk

　　　　By:　　　_____
　　　　　　　　　　　Deputy Clerk

　　　　　　　　Certified Mail# 7002 2030 0003 8675 8252

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:**

**ASSIGNED CASE NUMBER:**_____　　**Clerk, U.S. District Court**

　　　　　　**DATE:**_____　　**By:**_____
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

rev. 2/15/2006

RECEIVED

AUG 19 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

WILLIAM T. WALSH
CLERK

July 27, 2016

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Ruby J. Krajick, Clerk of Court
US District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

     **Re: UNITED STATES OF AMERICA V. VADIM CHERVIN**
     **Your Criminal Docket No. 10-cr-918**
     **Our Criminal Docket No. 3:16-cr-338 (FLW)**

Dear Clerk,

     Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. Please forward the appropriate documentation to this District at your earliest convenience.

     Thank you for your anticipated cooperation in this matter.

CERTIFIED AS A TRUE COPY ON
THIS DATE 8/16/16
BY _____
( ) Clerk
( ) Deputy

Very truly yours,

William T. Walsh
Clerk

By: s/Melissa M. Haneke
Deputy Clerk

cc: U.S. Probation Office for the District of New Jersey

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* S7 10 CR 918 – 07 (RPP) |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 16 cr 338 (FLW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
| --- | --- | --- | --- |
| Vadim Chervin | SOUTHERN DISTRICT OF NEW YORK | | |
| R E C E I V E D | NAME OF SENTENCING JUDGE | | |
| | Robert P. Patterson | | |
| JUL 27 2016 | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/27/2016 | TO 05/26/2019 |

AT 8:30 M
WILLIAM T. WALSH
CLERK

OFFENSE

Ct. 1: Conspiracy to Commit Mail Fraud and Health Care Fraud, 18 USC 1349 (18 USC 1341 and 1347), a Class C Felony.

Ct. 2: Health Care Fraud, 18 USC 1347, a Class C Felony.

DOC# 609

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/16/16_
Date

_Loretta A. Preska_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "District of New Jersey"

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/27/16_
Effective Date

United States District Judge